IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

|  |  |
|---|---|
| ALPHONSO JACKSON, Secretary of Housing and Urban Development, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 03-0761-CV-W-DW |
| VALLEY VIEW VILLAGE SOUTH DEVELOPMENT, L.L.C., et al., ) ) ) ) | |
| Defendants. ) ) | |

**ORDER OF DISMISSAL**

Before the Court is the Parties' Notice of Dismissal. (Doc. 56). Pursuant to the Notice, the case is DISMISSED WITHOUT PREJUDICE, subject to reinstatement immediately upon any violation of any of the remaining terms of the Court's March 20, 2006 Order and attached Agreement.

Date:   June 28, 2007                                         /s/ Dean Whipple
                                                                              Dean Whipple
                                                                      United States District Judge